DOVE, J.

(No. 5639—█████)

W. A. NYE, Claimant, *vs.* STATE OF ILLINOIS, Department of Children and Family Services, Respondent.

*Opinion filed July 31, 1969.*

W. A. NYE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5642—█████)

PAXTON COMMUNITY HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, Lincoln State School, Respondent.

*Opinion filed July 31, 1969.*

PAXTON COMMUNITY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5646—█████)

AMERICAN LAUNDRY MACHINERY INDUSTRIES, DIVISION OF McGRAW-EDISON COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Department of Mental Health, Respondent.

*Opinion filed July 31, 1969.*

TELLER, LEVIT AND SILVERTRUST, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 3025—

ELVA JENNINGS PENWELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 9, 1969.*

GOSNELL, BENECKI AND QUINDRY, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.

Claimant filed her petition for reimbursement for monies expended for nursing care and help, medical services, and expenses from February 1, 1968 to January 1, 1969, praying for an award in the sum of $5,245.47.

Claimant was seriously injured in an accident on the 2nd day of February, 1936, while employed as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The complete details on this injury can be found in the original cause of action, *Penwell* vs. *State of Illinois*, 11 C.C.R. 365.

On the 7th day of August, 1969, a stipulation between claimant and respondent was filed with the Clerk of the Court of Claims, as follows: